ERNST v. WHEATLEY. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Moritz L. Ernst against Edward M. Wheatley. No opinion. Motion denied, with $10 costs.

In re EUSTACE et al. (Supreme Court, Appellate Division, First Department. June 9, 1905.) In the matter of Alexander C. Eustace and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re FIELD. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) In the matter of the final judicial settlement of the account of Henry M. Field, as administrator of the estate of George W. McKechnie, deceased. No opinion. Appeal dismissed, without costs, on stipulation.

In re FIELD. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) In the matter of the judicial settlement of the accounts of Henry M. Field, as general guardian of the property of Isabelle A. McKechnie, Janet W. McKechnie, and Elsie S. McKechnie, infants. No opinion. Appeals dismissed, without costs, on stipulation.

FINN v. SMITH et al. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Timothy Finn against Carl C. Smith and others. No opinion. Judgment unanimously affirmed, with costs.

FOSTER v. CENTRAL NAT. BANK OF BOSTON et al. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by William Foster, Jr., against the Central National Bank of Boston and others. No opinion. Judgment unanimously affirmed, with costs. See 93 N. Y. Supp. 603.

FOSTER, Appellant, v. HUGHES et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by Olin A. Foster against James Hughes and Anson M. Bangs, copartners, etc.

PER CURIAM. Order reversed on argument, with $10 costs and disbursements, and motion denied, with costs, for the reason that the moving papers disclose no legal ground for a change of the place of trial.

FREESE v. INTERURBAN ST. R. CO. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Charles F. Freese against the Interurban Street Railroad Company. No opinion. Motion denied, on payment of $10 costs.

FREYER, Respondent, v. VAN MAASDYK, Appellant. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by Adolph Freyer against Eugene Van Maasdyk. From a judgment for plaintiff, defendant appeals. Reversed. Herbert F. Andrews, for appellant. Morris I. Price, for respondent.

PER CURIAM. The evidence of the services rendered by the plaintiff to the defendant and of the value of those services is of the very slightest nature, and does not warrant the judgment. Plaintiff is not entitled to receive compensation for what he did in the matter of the Nadison Manufacturing Company. He was the attorney for that company according to his own statement, and all that he appears to have done was to tell his client that it should pay its debts. Moreover, the weight of evidence is in favor of the defendant's contention that the plaintiff has been paid in full. Judgment is reversed, and new trial ordered, with costs to the appellant to abide the event.

FRICK et al., Respondents, v. SCHENCK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Martin J. Frick and others against Myra J. Schenck and others.

PER CURIAM. Judgment modified, by adding at the end of the first adjudging clause thereof the following: "But the question whether or not the farm mentioned in the first item of the will of said John Frick, deceased, became a part of the estate of said John Frick upon his death, or thereupon vested in his said widow, Susan Frick, as tenant by the entirety, is left to be determined on the coming in of the referee's report upon the reference herein ordered" and, so modified, affirmed, with costs. STOVER, J., not voting.

FRITSCH, Appellant, v. RUPPERT, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Leo Fritsch against Jacob Ruppert. D. Gerber, for appellant. G. C. Fox, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLAUGHLIN, J., dissents.

FROMER, Respondent, v. OTTENBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Clara E. Fromer against Simon Ottenberg and others. J. J. Crawford, for appellants. M. S. Wise, for respondent.

PER CURIAM. Judgment and order granting extra allowance affirmed, with costs. Appeals from order overruling exceptions and from interlocutory judgment dismissed, without costs.

GADSKI–TAUSCHER, Respondent, v. GROFF, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Johanna Gadski-Tauscher against Clarence L. Groff. W. M. Rosebault, for appellant. B. Winthrop, for respondent. No opinion. Judgment affirmed, with costs.

GA NUN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Mary C. Ga Nun, executrix, against the New York Central & Hudson River Railroad Company. C. C. Paulding, for appellant. F. S. Black, for respondent. No opinion. Reargument ordered.